**Anthony FATTIG, Appellant**

v.

**STATE of Missouri, Respondent.**

**No. WD 77054.**

Missouri Court of Appeals,
Western District.

Aug. 26, 2014.

Damien DeLoyola, Kansas City, MO, for Appellant.

Evan Buchheim, Jefferson City, MO, for Respondent.

Before Division One: MARK D. PFEIFFER, Presiding Judge, LISA WHITE HARDWICK and KAREN KING MITCHELL, Judges.

ORDER

PER CURIAM.

Anthony Fattig appeals the judgment denying his motion for post-conviction re-

lief due to abandonment. Fattig contends the motion court clearly erred in denying his motion because the court failed to enter findings of fact and conclusions of law. For reasons explained in a Memorandum provided to the parties, we affirm.

AFFIRMED. Rule 84.16(b).